UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 3:24-CR-00269-01** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **DEMORION BAKER (01)** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**O R D E R**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 50] previously filed herein, having thoroughly reviewed the record, noting the lack of objections filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED** that the Motion to Suppress [Doc. No. 31] filed by Defendant Demorion Baker is **DENIED**.

**MONROE, LOUISIANA**, this 18th day of July 2025.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE